| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Holwell, Richard J. | 2. Court or Organization<br><br>USDC/SDNY | 3. Date of Report<br><br>07/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>500 Pearl St.<br>Chambers 1950<br>New York, NY 10007-1312 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Van Duyn (SEE SECTION VIII, Paragraph 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/01/2000 | Please see section VIII, paragrapgh 2. |
| 2. | |
| 3. | |

**Holwell, Richard J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | White & Case LLP (post retirement payments fixed at time of retirement on November 1, 2003. | $31,737.96 |
| 2. 2010˙ | White & Cse LLP (Pension) | $52,468.44 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed architect |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Van Duyn Assoc., NY, NY | E | Rent | P1 | W | | | | | |
| 2. | Bell South Common Stock (certificate) | A | Dividend | J | T | | | | | |
| 3. | Brokerage Account(Schwab Reg) # 1 | | | | | | | | | |
| 4. | Ford Motor Credit | A | Interest | M | T | Buy | 07/14/10 | L | | |
| 5. | Tortoise Energy Infrastrucutres | A | Dividend | L | T | Buy | 07/27/10 | K | | |
| 6. | Baird Core Plus | B | Interest | L | T | Buy | 07/27/10 | K | | |
| 7. | PIMCO Mortgage Backed Sec | D | Interest | M | T | Buy | 06/29/10 | L | | |
| 8. | NY City Muni Wtr Fin, 6/15/31 | D | Interest | | | Matured | 06/15/10 | N | C | |
| 9. | NY City Muni Wtr Fin, 6/15/24 | D | Interest | M | T | | | | | |
| 10. | NYS Dorm Revs St Supp, 2/15/16 | C | Interest | M | T | | | | | |
| 11. | PIMCO Total Return | D | Interest | M | T | Buy | 03/31/10 | L | | |
| 12. | Aston Lake Partners Fund | A | Dividend | L | T | Buy | 12/16/10 | K | | |
| 13. | PIMCO Global Multi Asset | B | Int./Div. | L | T | Buy | 12/16/10 | K | | |
| 14. | Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. | Transatlantic Holding, Inc. Bond | B | Interest | | | Sold | 03/25/10 | M | F | |
| 16. | Vanguard S-T Inv Grade | D | Interest | M | T | | | | | |
| 17. | SPDR S&P Div | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Baird Int Muni Bond Fund | A | Int./Div. | M | T | Redeemed (part) | 01/06/10 | J | A | |
| 19. | D | Int./Div. | | | Redeemed (part) | 12/16/10 | M | A | |
| 20. Merrill Lynch IRA | A | Dividend | L | T | | | | | |
| 21. - ML Pacific Bond Fund | | | | | | | | | |
| 22. Brokerage Acct Schwab IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 23. - Ishares MSCI Aus Idx Fd | | | | | Buy | 03/17/10 | K | | |
| 24. - MS CAP TR III | | | | | Buy | 04/13/10 | L | | |
| 25. - Buffalo Mid Cap | | | | | Buy | 04/12/10 | K | | |
| 26. - Oakmark Equity Income | | | | | Buy | 04/09/10 | K | | |
| 27. - PIMCO Total Return D (2009 -partial sale not full sale) | | | | | | | | | |
| 28. - PIMCO Total Return Inst | | | | | | | | | |
| 29. - Schwab Money Market Fund | | | | | | | | | |
| 30. - Dow Chem Bond | | | | | | | | | |
| 31. - Morgan Stanley Bond (2009 partial sale not full sale) | | | | | | | | | |
| 32. - Terex Corp Bond | | | | | | | | | |
| 33. - Baird I-T Bond Fund | | | | | | | | | |
| 34. - JP Morgan Emerg Mkt Debt | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - JP Morgan Strategic Income | | | | | | | | | |
| 36.  - PIMCO Foreign Bond | | | | | | | | | |
| 37.  - JP Morgan Mortgage Backed Sec (2009 referenced as PIMCO) | | | | | | | | | |
| 38.  - Matthews India | | | | | | | | | |
| 39.  - Ishares TR S&P Mid Cap | | | | | | | | | |
| 40.  Brokerage Account Schwab IRA # 2 | B | Int./Div. | M | T | | | | | |
| 41.  - Metro West Total Return | | | | | | | | | |
| 42.  - Oakmark Equity Income | | | | | Buy | 01/08/10 | J | | |
| 43.  - TCW Total Return | | | | | | | | | |
| 44.  - JP Morgan Strategic Income | | | | | | | | | |
| 45.  - Permanent Portfolio (PRPFX) | | | | | | | | | |
| 46.  - Eaton Vance Global Macro | | | | | | | | | |
| 47.  Fidelity Annuity | | None | J | T | | | | | |
| 48.  - Fidelity Money Market Fund | | | | | Sold (part) | 02/19/10 | L | | |
| 49. | | | | | Sold (part) | 10/08/10 | K | | |
| 50.  White & Case SIP | E | Int./Div. | P1 | T | | | | | |
| 51.  - Pimco Total Return | | | | | Redeemed (part) | 01/08/10 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - State Street Money Market Fund | | | | | | | | | |
| 53. - Permanent Portfolio (PRPFX) | | | | | Buy | 12/29/10 | K | | |
| 54. - PIMCO Global Multi Asset | | | | | Buy | 12/23/10 | K | | |
| 55. - Vanguard Infl Protection (partial sale in 2009, not total) | | | | | | | | | |
| 56. - TCW High Yield | | | | | Buy | 12/29/10 | K | | |
| 57. - ING Money Market Fund | | | | | | | | | |
| 58. - Ishares Brazil | | | | | | | | | |
| 59. - Sector SPDR Energy | | | | | | | | | |
| 60. - TFS Market Neutral | | | | | | | | | |
| 61. - PIMCO High Yield | | | | | | | | | |
| 62. - PIMCO Mortgage Backed | | | | | | | | | |
| 63. - SPDR Index SHS S&P China | | | | | | | | | |
| 64. - Vanguard Short Term Inv Grade | | | | | | | | | |
| 65. - Wintergreen (WGRNX) | | | | | | | | | |
| 66. Schwab IRA # 3 | A | Int./Div. | J | T | | | | | |
| 67. - TCW Total Return | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 07/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Regarding Section I:

Partner, Van Duyn Associates. Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. [_____] own with [_____] a 60% interest in the partnership which owns the building [_____]

2. Regarding Section II:

White & Case Savings and Investment Plan ("SIP"). White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only. In addition, a brokerage account is also available to participants that allows for additional investments.

White & Case Retirement Income Plan ("RIP"). White Case is my former law firm. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

White & Case Partnership Agreement. White & Case is my former law firm. The amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to he an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years. All such payments were made by December 31, 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544